# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 1356

VERSUS

ROBERT S. HUNT                                        **MARCH 6, 2023**

---

In Re:   Robert S. Hunt, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. W11-00-0012.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.** The record of the Clerk of Court of East
Baton Rouge Parish shows the motion to quash was denied on
grounds of prematurity on January 20, 2023. The record further
shows that on January 24, 2023, the Baton Rouge City Police
Department made a written request that the arrest warrant for
failure to return leased property be recalled.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.S._

DEPUTY CLERK OF COURT
     FOR THE COURT